# GEOFFREY B. GOMPERS & ASSOCIATES P.C.

1515 Market Street, Suite 1650
Philadelphia, PA 19102
email: gompers@gomperslaw.com
www.gomperslaw.com
(215) 567-6600
(215) 567-1998 FAX

GEOFFREY B. GOMPERS*　　　　　　　　　　　　　　　　　　　　　　　　NEW JERSEY OFFICE
*ALSO ADMITTED IN NEW JERSEY AND OHIO　　　　　　　　　　　　1200 Laurel Oak Road, Suite 101
　　　_____　　　　　　　　　　　　　　　　　　　　　　　Voorhees, New Jersey 08043
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(856) 663-2566
JAMES E. MURPHY **　　　　　　　　　　　　　　　　　　　　　　　　Fax (856) 581-8123
STEPHEN CRISTAL***
**ALSO ADMITTED IN NEW JERSEY
***ALSO ADMITTED IN NEW JERSEY AND NEW YORK

October 31, 2025

Honorable Matthew J. Skahill, USMJ
US District Court, District of New Jersey
US Courthouse, 4th & Cooper Streets
Camden NJ 08101

RE:　Rodriguez v. Sanchez et al.
　　　Civil Action No. 23-cv-2750-CPO-MJS, USDC, DNJ, Camden Vicinage

Dear Judge Skahill:

　　　On behalf of Plaintiff I am providing this update pursuant to Your Honor's case management order. Defendants' attorneys have provide additional dates where all attorneys are available for expert depositions. I have contacted my experts about these dates and expect to have responses by early next week. Once the deposition dates are agreed to by everyone, I will file another letter updating Your Honor. In addition, Plaintiff recently made a settlement demand in writing to all defense counsel.

　　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　/s/ Stephen Cristal
　　　　　　　　　　　　　　　　Stephen Cristal, Esquire

cc:　All counsel via E-filing system