## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIEZER RODRIGUEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER SANCHEZ;<br>CORRECTIONAL OFFICER MUNOZ;<br>CORRECTIONAL OFFICER ACOSTA;<br>GEWASLO CONTOVA a/k/a<br>GERVASIO CORDOVA; ANTHONY<br>GANGI; PATRICK NOGAN;<br>ELIZABETH SCHWAB, RN; SANDHYA<br>PRAVEEN; APN and JOHN DOES 1-55;<br><br>                    Defendants. | Civil Action<br><br>No.: 1:23-cv-02750-CPO-MJS<br><br>**STIPULATION OF DISMISSAL AND ORDER AS TO DEFENDANT, SANDHYA PRAVEEN, APN** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Stephen Cristal, Esquire, counsel for Plaintiff, Eliezer Rodriguez, and Defendants, through their respective counsel of record, that Defendant, Sandhya Praveen, APN, is hereby dismissed with prejudice. A proposed order is submitted as an attachment hereto.

        **GEOFFREY B. GOMPERS & ASSOCIATES, P.C.**
        Attorneys for Plaintiff, Eliezer Rodriguez

By:    */s/ Stephen Cristal*                         Date: June 17, 2025
       Stephen Cristal, Esquire


        **KAUFMAN BORGEEST & RYAN, LLP**
        Attorneys for Defendant, Sandhya Praveen, APN

By:    */s/ Charles C. Koernig*                     Date: June 17, 2025
       Charles C. Koernig, Esquire

**RUPRECHT HART RICCIARDULLI & SHERMAN, LLP**
Attorneys for Defendants, Correctional Officer Sanchez; Correctional Officer Munoz; Correctional Officer Acosta; Gervasio Cordova (pleaded as Gewaslo Contova a/k/a Giervasio Cordova); Anthony Gangi and Patrick Nogan

Date: June 17, 2025

By: */s/ Thomas C. Hart*
Thomas C. Hart, Esquire


**HARDIN KUNDLA MCKEON & POLETTO**
Attorneys for Defendant, Elizabeth Schwab, RN

Date: June 17, 2025

By: */s/ Robert E. Blanton*
Robert E. Blanton, Jr., Esquire


**NORRIS MCLAUGHLIN, P.A.**
Attorneys for Defendant, Elizabeth Schwab, RN

Date: June 17, 2025

By: */s/ Nahimot A. Adedimeji*
Nahimot A. Adedimeji, Esquire

11233959

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the referenced parties under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is **ORDERED** that this action be, and hereby is, dismissed with prejudice as to Defendant, Sandhya Praveen, APN.

Date: 11/4/2025

BY THE COURT:

_Christine P. O'Hearn_
Hon. Christine P. O'Hearn, USDJ

11233959