HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

www.HKMPP.com

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

**Robert E. Blanton, Jr., Esq.**
rblanton@hkmpp.com

Member of the Bar: NJ & NY

August 18, 2026

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
Mitchell H. Cohen Building &
U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**RE: Rodriguez v. Sanchez, et al.**
**Case No.: 23-cv-2750-CPO-MJS**
**Our File No.: 9395.50200**

Dear Judge Skahill:

This office represents Defendant, Elizabeth Schwab, R.N., in the above-captioned matter. We write to update the Court on the status of the executed stipulation of dismissal as to the claims against Nurse Schwab. Please note that our office just received an executed settlement release on August 17, 2026, and thereafter we promptly circulated a draft stipulation of dismissal to all counsel for signature. At this time, we are still waiting for co-defendants' counsel to return a signed stipulation, and we will upload a copy of the fully executed version to the docket upon our receipt of same.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

***/s/ Robert E. Blanton, Jr.***
Robert E. Blanton, Jr.

REB: pth
cc: All counsel of record (ECF)